# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA GARCIA, et. al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GINA MCCARTHY, et al., <br><br> Defendants-Appellee | No. 14-15494 |

**PLAINTIFFS-APPELLANTS' MOTION TO TAKE JUDICIAL NOTICE**

Plaintiffs-Appellants Maria Garcia, David Garcia, and Angelica Guzman (collectively "Garcia") respectfully request this Court to take judicial notice of the April 2014 report AGRICULTURAL PESTICIDE USE NEAR PUBLIC SCHOOLS IN CALIFORNIA, produced by the California Environmental Health Tracking Program, a collaboration between the California Department of Public Health and the Public Health Institute, attached as Exhibit 1 (hereafter "Schools Report").  Defendants-Appellees Gina McCarthy, Jared Blumenfeld, and the U.S. Environmental Protection Agency (collectively "EPA") take no position on the motion and reserve the right to respond once EPA has the opportunity to review the motion.

In support of its motion, Garcia states:

1. The Court may appropriately take judicial notice of facts not subject to reasonable dispute. FED. R. EVID. 201. Facts not subject to reasonable dispute include information in the reports of a public body. FED. R. EVID. 201. This Court may appropriately take judicial notice of a publicly available document when neither party disputes its authenticity or accuracy. *Northstar Financial Advisors, Inc., v. Schwab Invs.*, 2015 U.S. App. LEXIS 7027 *15-16 (9th Cir. April 28, 2015). Courts find a document not subject to reasonable dispute when "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992 (9th Cir. 2009) (holding the Court may notice school district website content because it is both publicly available and a government website) (quoting *Tellabs, Inc. v. Makor Issues & Rights*, *Ltd.*, 551 U.S. 308, 322 (2007); *see also In re Amgen Inc., Secs. Litig.,* 544 F.Supp.2d 1009, 1023-24 (C.D. Cal. 2008) (taking judicial notice of drug labels taken from FDA's website); *County of Santa Clara v. Astra USA*, Inc., 401 F.Supp.2d 1022,1024 (N.D. Cal. 2005) (taking judicial notice of information posted on a Department of Health and Human Services website).

2. The Schools Report assessed 2,511 public schools, attended by over 1.4 million students, in the 15 counties with the highest total reported agricultural pesticide use in 2010. Schools Report at vii.

2

3. The Schools Report found that "Hispanics were the only racial/ethnic group whose representation increased as pesticide use increased." Schools Report at 38. While Hispanic children made up 54.1% of the population in the public schools in the 15 counties, they comprised 50.3% of the population in schools with no pesticide use within ¼ mile, 61.3% of the population in schools with any pesticide use within ¼ mile, and 67.7% of the population in schools in the highest quartile of pesticide use. *Id.* In the 15 counties, Hispanic children were 46% more likely than White children to attend schools with any pesticides of concern applied nearby and 91% more likely than White children to attend schools in the highest quartile of pesticide use. *Id.*

4. The Schools Report ranked the fumigants chloropicrin, 1, 3 dichloropropene ("Telone"), methyl bromide, and metam-sodium (metam salts) as the most applied pesticides within a ¼ mile of a public school in California. *Id.* at 16.

5. Ventura County had the highest number of schools (12) and the highest number of students (13,045) in the top 5% of schools. *Id.* at vii.

6. The Schools Report is an official publication of the California Environmental Health Tracking Program, a collaboration between the California Department of Public Health and the Public Health Institute. *See* Schools Report

3

at 2. The Schools Report is available on the internet at the California Environmental Health Tracking Program website, http://cehtp.org/projects/ehss01/pesticides_and_schools/Pesticides_Schools_Report_April2014.pdf (last visited May 1, 2015). The California Environmental Health Tracking Program website is part of the California Department of Public Health's website. *See* http://cehtp.org/project.jsp?project_key=EHSS01 (last visited May 1, 2015).

              Respectfully submitted,

              CENTER ON RACE, POVERTY & THE ENVIRONMENT

Dated: May 1, 2015      s/ Brent Newell
              Brent Newell
              Madeline Stano
              1999 Harrison Street, Suite 650
              Oakland, CA 94612
              Tel: (415) 346-4179
              Fax: (415) 346-8723
              bnewell@crpe-ej.org
              mstano@crpe-ej.org

              Attorneys for Plaintiffs-Appellants Maria Garcia, *et al.*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing motion with the Clerk of the Court using the appellate CM/ECF system on May 1, 2015. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

Executed on May 1, 2015, at Petaluma, California.

/s Brent Newell
Brent Newell